IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CASHIER

IN RE

01 SEP 18 PM 3: 51          *

JUAN JOSE VAZQUEZ VAZQUEZ          *          CASE NO. 01
CELIA CARABALLO CRUZ          *          CHAPTER 13          01-10477
DEBTORS          *

*************************************************

## NOTICE OF FILING PETITION IN BANKRUPTCY UNDER CHAPTER 13
## AND OF AUTOMATIC STAY OF SUITS

You are hereby notified that **JUAN JOSE VAZQUEZ VAZQUEZ and CELIA CARABALLO CRUZ** have filed a petition under Chapter 13 of Title 11, United States Code on _____ SEP 1 8 2001

Pursuant to the provisions of 11 USC §362, the filing of the petition by the above-named debtors operates as a stay of the commencement or continuation of any court or other proceeding against the debtors, of the enforcement of any judgment against them, of any act or the commencement or continuation of any court proceeding to enforce any lien on the property of the debtors, and of any court proceeding commenced for the purpose of rehabilitation of the debtors or the liquidation of their estate.

You are further notified that under Bankruptcy Act, 11 U.S.C. §1301, a creditor may not act, or commence or continue any civil action, to collect all or any part of a consumer debt of the debtors from any individual that is liable on such debt with the debtors.

This notice is sent to you by order of the United States Bankruptcy Judge.

San Juan, Puerto Rico, this _____ SEP 1 8 2001 _____

CELESTINO MATTA-MENDEZ, CLERK
U.S. BANKRUPTCY COURT

By:    DEPUTY CLERK

10477-B

| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>PUERTO RICO DISTRICT OF PUERTO RICO<br>PUERTO RICO DIVISION | **Voluntary Petition** |
|---|---|---|

| NAME OF DEBTOR (if individual, enter Last, First Middle):<br><br>*VAZQUEZ VAZQUEZ, JUAN JOSE* | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle):<br><br>*CARABALLO CRUZ, CELIA* |
|---|---|
| ALL OTHER NAMES USED BY THE DEBTOR IN THE LAST 6 YEARS<br>(include married, maiden, and trade names):<br>*NONE* | ALL OTHER NAMES USED BY THE JOINT DEBTOR IN THE LAST 6 YEARS<br>(include married, maiden, and trade names):<br>*NONE*   01-10477 |
| SOC. SEC./TAX I.D. NO. (if more than one, state all):<br>*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* | SOC. SEC./TAX I.D. NO. (if more than one, state all):<br>*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* |
| STREET ADDRESS OF DEBTOR:<br>*TOMAS DE CASTRO I*<br>*CALLE ORQUIDEA PARCELA 72*<br>*CAGUAS PR*          Ph: | STREET ADDRESS OF JOINT DEBTOR:<br>*TOMAS DE CASTRO I*<br>*CALLE ORQUIDEA PARCELA 72*<br>*CAGUAS PR* |
| COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS:<br>*CAGUAS* | COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS:<br>*CAGUAS* |
| MAILING ADDRESS OF DEBTOR:<br>*HC 3 BOX 38005*<br>*CAGUAS PR  00725-9720* | MAILING ADDRESS OF JOINT DEBTOR:<br>*HC 3 BOX 38005*<br>*CAGUAS PR  00725-9720* |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from street address above):<br>*NOT APPLICABLE* |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

VENUE (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| TYPE OF DEBTOR (Check all boxes that apply)<br>[X] Individual(s)          [ ] Railroad<br>[ ] Corporation          [ ] Stockbroker<br>[ ] Partnership          [ ] Commodity Broker<br>[ ] Other _____ | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH<br>THE PETITION IS FILED (Check one box)<br>[ ] Chapter 7     [ ] Chapter 11     [X] Chapter 13<br>[ ] Chapter 9     [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| NATURE OF DEBTS (Check one box)<br>[X] Consumer/Non-Business     [ ] Business | FILING FEE (Check one box)<br>[X] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to<br>individuals only).  Must attach signed application<br>for the court's consideration certifying that the<br>debtor is unable to pay fee except in<br>installments.<br>Rule 1006(b).  See Official Form No. 3. |
| CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. S101<br><br>[ ] Debtor is and elects to be considered a small business<br>under 11 U.S.C. S1121(e) (Optional) | |

| STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only)<br>[X] Debtor estimates that funds will be available for distribution to unsecured<br>creditors.<br>[ ] Debtor estimates that, after any exempt property is excluded and administrative<br>expenses paid, there will be no funds available for distribution to unsecured<br>creditors. |
|---|
| ESTIMATED NO. OF CREDITORS:     [X] *1-15*<br>ESTIMATED ASSETS (thousands):  [X] *$50,001 to $100,000*<br>ESTIMATED DEBTS (thousands):   [X] *$50,001 to $100,000* |

| Voluntary Petition | NAME OF DEBTOR(S): | FORM B1, Page 2 |
| --- | --- | --- |
| (This page must be completed and filed in every case) | *JUAN JOSE VAZQUEZ VAZQUEZ and*<br>*CELIA CARABALLO CRUZ* | |

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS

| LOCATION WHERE FILED:<br>*NONE* | CASE NUMBER: | DATE FILED: |
| --- | --- | --- |

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR

| NAME OF DEBTOR:<br>*NONE* | CASE NUMBER: | DATE: |
| --- | --- | --- |
| DISTRICT: | RELATIONSHIP: | JUDGE: |

## SIGNATURES

### SIGNATURE(S) OF DEBTOR(S) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, U.S. Code, understand the relief available under each such chapter and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Juan J. Vazquez Vazquez_
Debtor: *JUAN JOSE VAZQUEZ VAZQUEZ*

X _Celia Caraballo Cruz_
Joint Debtor: *CELIA CARABALLO CRUZ*
Telephone No. (if in Pro Per):
Date: *09/15/01*

### SIGNATURE OF DEBTOR (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Name:
Title:
Date:

### SIGNATURE OF ATTORNEY

X _____
Attorney: *Roberto Figueroa-Carrasquillo*
Bar No.: *203614*
Firm Name: *Roberto Figueroa-Carrasquillo*
Address: *PO BOX 193677*
          *SAN JUAN PR 00919-3677*

Telephone No: *(787)744-7699*
Date: *09/15/01*

### SIGNATURE OF NON-ATTORNEY PETITION PREPARER

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. S110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Name:
Social Security Number:
Address:

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K & 10Q) with the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
[ ] Exhibit A is attached and made a part of this petition.

### EXHIBIT B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, U.S. Code, and have explained the relief available under each such chapter.

X _____
Attorney:
Date:

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.
11 USC S110; 18 USC S156

# UNITED STATES BANKRUPTCY COURT
## FOR THE PUERTO RICO DISTRICT OF PUERTO RICO
## PUERTO RICO DIVISION

In re  *JUAN JOSE VAZQUEZ VAZQUEZ*
     and
    *CELIA CARABALLO CRUZ*

Case No. *01-*
Chapter *13*

_____ / Debtors

Attorney for Debtor: Roberto Figueroa-Carrasquillo

## LIST OF CREDITORS

| # | Creditor | Claim and Security | Claim Amount |
|---|----------|--------------------|-------------:|
| 1. | ASOCIACION EMPLEADOS ELA<br>PO BOX 364508<br>SAN JUAN PR  00936-4508 | consumer loan | $ 3,000.00 |
| 2. | COMERCIAL CABANAS | credit sales | $ 1,000.00 |
| 3. | COMMOLOCO<br>APARTADO 89<br>CAGUAS PR  00726 | consumer loan<br>DEBTOR IS CO-DEBTOR | $ 2,000.00 |
| 4. | DORAL MORTGAGE CORP<br>PO BOX 13988<br>SAN JUAN PR  00908-3988 | Mortgage<br>HOUSE AND LOT LOCATED AT CAGUAS PR | $ 46,000.00 |
| 5. | MOVISTAR<br>PO BOX 71569<br>SAN JUAN PR  00936-8669 | services | $ 526.00 |
| 6. | PUERTO RICO TELEPHONE CO<br>PO BOX 360998<br>SAN JUAN PR  00936-0998 | services | $ 285.00 |
| 7. | STANLEY | credit sales | $ 80.19 |
| 8. | THE ASSOCIATES<br>18 ACOSTA STREET<br>CAGUAS PR  00725 | consumer loan | $ 4,380.00 |

# UNITED STATES BANKRUPTCY COURT
# FOR THE PUERTO RICO DISTRICT OF PUERTO RICO
# PUERTO RICO DIVISION

In re   JUAN JOSE VAZQUEZ VAZQUEZ                          Case No. 01-
            and                                            Chapter 13
        CELIA CARABALLO CRUZ
_____/ Debtors
Attorney for Debtor: Roberto Figueroa-Carrasquillo


## VERIFICATION OF CREDITOR MATRIX


The above named Debtor(s) hereby verify that the attached list of

creditors is true and correct to the best of our knowledge.


Dated:  9-15-01                          _Juan J. Vazquez Vazquez_
                                         Debtor

                                       x _Celia Caraballo Cruz_
                                         Joint Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:                                              *        CASE NO. 01-

JUAN JOSE VAZQUEZ VAZQUEZ

CELIA CARABALLO CRUZ                    *              CHAPTER 13

DEBTOR(S)                                        *
*********************************************************

### STATEMENT PURSUANT TO BANKRUPTCY RULE 2016(b)

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, state that:

1. The undersigned is the attorney for the debtor (s) in this case.

2. The compensation paid or promised to be paid by debtor (s) to the undersigned is as follows:

For legal services rendered, or to be rendered in contemplation of

and in connection with this case                                                   $1,500.00

Prior to the filing of this statement, debtor (s)  has paid                $   100.00

Balance due                                                                             $1,400.00

3. The filing fee has been paid by debtor.

4. The services rendered or to be rendered include the following:

(a) Analysis of the financial situation, and the rendering advice and assistance to the debtor (s) in determining whether to file a petition under Title 11, U. S. C.

(b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the Court.

(c) Representation of debtor(s) at the first meeting of creditors and at the Hearing of Confirmation.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and none other.

6. The source of payments to be made by the debtor (s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and none other.

7. The undersigned has received no transfer, assignment or pledge of property except the following for the value stated: None.

8. The undersigned has not shared, or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid except as follows: None.

9. Prior Chapter 13 case/petition for debtor(s):     NONE

Case number    Fee paid              Attorney                          Status

In San Juan, Puerto Rico, this 18ᵗʰ   day of September, 2001.

ROBERTO FIGUEROA CARRASQUILLO

ATTORNEY FOR PETITIONER (S)

USDC 203614

PO BOX 193677 SAN JUAN, PR 00919

TEL. NO. 787-744-7699

FAX NO.  787-746-5294

# UNITED STATES BANKRUPTCY COURT
# FOR THE PUERTO RICO DISTRICT OF PUERTO RICO
# PUERTO RICO DIVISION

In re    *JUAN JOSE VAZQUEZ VAZQUEZ*          Case No. *01-*
       and                                 Chapter *13*
       *CELIA CARABALLO CRUZ*

_____/ Debtors

Attorney for Debtor: Roberto Figueroa-Carrasquillo

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 60,000.00 | | |
| B - Personal Property | Yes | 3 | $ 4,400.00 | | |
| C - Property Claimed As Exempt | Yes | 1 | | | |
| D - Creditor Holding Secured Claims | Yes | 1 | | $ 46,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 11,271.19 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 1,443.76 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 1,343.76 |

Total Number of sheets
in ALL Schedules > 12

Total Assets > $     64,400.00

Total Liabilities > $     57,271.19

In re: *JUAN JOSE VAZQUEZ VAZQUEZ and*

  *CELIA CARABALLO CRUZ*_____ / Debtors    Case No. *01-*

### SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| *HOUSE AND LOT LOCATED AT TOMAS DE CASTRO I PARCELA 72 CALLE ORQUIDEA, CAGUAS PR* | | C | $ 60,000 | $ 46,000 |
| | | Total | $ 60,000 | |

## SCHEDULE B - PERSONAL PROPERTY

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 1. Cash on hand.<br>[x] NONE | | | |
| 2. Checking, savings or other financial accounts, certificates of deposits or shares in banks, savings, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.<br>[x] NONE | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others.<br>[x] NONE | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | |
| *ONE (1) TV SET* | | J | $ 400 |
| *ONE (1) BEDROOM SET* | | J | $ 400 |
| *ONE (1) STOVE AND ONE (1) REFRIGERATOR* | | J | $ 800 |
| *ONE (1) LIVING AND ONE (1) DINING ROOM SETS* | | J | $ 500 |
| *BEDROOM SETS* | | J | $ 600 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles.<br>[x] NONE | | | |
| 6. Wearing apparel.<br>*CLOTHING FOR DEBTOR AND DEPENDENTS* | | J | $ 700 |
| 7. Furs and jewelry.<br>[x] NONE | | | |
| 8. Firearms and sports, photographic, and other hobby equipment.<br>[x] NONE | | | |
| 9. Interests in insurance policies.<br>[x] NONE | | | |
| 10. Annuities.<br>[x] NONE | | | |

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.
    [x] NONE

12. Stock and interests in incorporated and unincorporated businesses.
    [x] NONE

13. Interests in partnerships or joint ventures.
    [x] NONE

14. Government and corporate bonds and other negotiable and non-negotiable instruments.
    [x] NONE

15. Accounts receivable.
    [x] NONE

16. Alimony, maintenance, support, and property settlements, to which the debtor is or may be entitled.
    [x] NONE

17. Other liquidated debts owing debtor including tax refunds.
    [x] NONE

18. Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.
    [x] NONE

19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.
    [x] NONE

20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and the rights to setoff claims.
    [x] NONE

21. Patents, copyrights, and other intellectual property.
    [x] NONE

In re: *JUAN JOSE VAZQUEZ VAZQUEZ and*
         *CELIA CARABALLO CRUZ* _____ / Debtors    Case No. *01-*

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 22. Licenses, franchises, and other general intangibles. [x] NONE | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. *1988 NISSAN SENTRA* | | J | $ 1,000 |
| 24. Boats, motors, and accessories. [x] NONE | | | |
| 25. Aircraft and accessories. [x] NONE | | | |
| 26. Office equipment, furnishings, and supplies. [x] NONE | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. [x] NONE | | | |
| 28. Inventory. [x] NONE | | | |
| 29. Animals. [x] NONE | | | |
| 30. Crops - growing or harvested. [x] NONE | | | |
| 31. Farming equipment and implements. [x] NONE | | | |
| 32. Farm supplies, chemicals, and feed. [x] NONE | | | |
| 33. Other personal property of any kind not already listed. [x] NONE | | | |

Total    $ 4,400

In re: *JUAN JOSE VAZQUEZ VAZQUEZ and*
        *CELIA CARABALLO CRUZ* _____ / Debtors   Case No. *01-*

## SCHEDULE C - PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
[x] 11 USC 522(b)(1): Exemptions provided in 11 USC 522(d).

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property w/o Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| *HOUSE AND LOT LOCATED AT TOMAS DE CASTRO I PARCELA 72* | | | $ 60,000 |
| *CALLE ORQUIDEA, CAGUAS PR* | | | |
| | *11 USC 522(d)(1)* | $ 14,000 | |
| **Household goods and furnishings** | | | |
| *ONE (1) TV SET* | | | $ 400 |
| | *11 USC 522(d)(3)* | $ 400 | |
| *ONE (1) BEDROOM SET* | | | $ 400 |
| | *11 USC 522(d)(3)* | $ 400 | |
| *ONE (1) STOVE AND ONE (1) REFRIGERATOR* | | | $ 800 |
| | *11 USC 522(d)(3)* | $ 800 | |
| *ONE (1) LIVING AND ONE (1) DINING ROOM SETS* | | | $ 500 |
| | *11 USC 522(d)(3)* | $ 500 | |
| *BEDROOM SETS* | | | $ 600 |
| | *11 USC 522(d)(3)* | $ 600 | |
| **Wearing apparel** | | | |
| *CLOTHING FOR DEBTOR AND DEPENDENTS* | | | $ 700 |
| | *11 USC 522(d)(3)* | $ 700 | |
| **Automobiles, trucks, trailers, etc, and accessories** | | | |
| *1988 NISSAN SENTRA* | | | $ 1,000 |
| | *11 USC 522(d)(2)* | $ 1,000 | |

In re: *JUAN JOSE VAZQUEZ VAZQUEZ and*
        *CELIA CARABALLO CRUZ*                          / Debtors      Case No. *01-*

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| | Creditor Name and Address | Date,<br>Nature of Lien,<br>Description & Value | Claim Amount | Unsecured<br>Portion<br>and Notes* |
|---|---|---|---|---|
| 1. | Account No.<br>DORAL MORTGAGE CORP<br>PO BOX 13988<br>SAN JUAN PR   00908-3988 | Mortgage<br>HOUSE AND LOT LOCATED AT CAGUAS PR<br>Value: $ 60,000.00 | $ 46,000.00 | $ 0.00<br>*Joint Debt |

No continuation sheets attached        Subtotal:    $ 46,000.00
                                       Total:       $ 46,000.00

In re: *JUAN JOSE VAZQUEZ VAZQUEZ and*
       *CELIA CARABALLO CRUZ*                              / Debtors     Case No. *01-*

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Debtor has no creditors holding unsecured priority claims to report on this
    Schedule E.


## TYPES OF PRIORITY CLAIMS

[ ] **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs
    after the commencement of the case but before the earlier of the appointment of a
    trustee or the order for relief.  11 U.S.C. S507(a)(2).


[ ] **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay
    owing to employees and commissions owing to qualifying independent sales
    representatives up to $4300* per person earned within 90 days immediately preceding
    the filing of the original petition, or the cessation of business, whichever
    occurred first, to the extent provided in 11 U.S.C. S507(a)(3).


[ ] **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately
    preceding the filing of the original petition, or the cessation of business, whichever
    occurred first, to the extent provided in 11 U.S.C. S507(a)(4).


[ ] **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against
    the debtor, as provided in 11 U.S.C. S507(a)(5).


[ ] **Deposits by individuals**
    Claims of individuals up to $1950* for deposits for the purchase, lease, or rental of
    property or services for personal, family, or household use, that were not delivered
    or provided.  11 U.S.C. S507(a)(6).


[ ] **Alimony, Maintenance, or Support**
    Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or
    support, to the extent provided in 11 U.S.C. S507(a)(7).


[ ] **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental
    units as set forth in 11 U.S.C. S507(a)(8).


[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift
    Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve
    System, or their predecessors or successors, to maintain the capital of an insured
    depository institution.  11 U.S.C. S507(a)(9).


* Amounts are subject to adjustment on April 1, 2001, and every three years thereafter
  with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

In re: *JUAN JOSE VAZQUEZ VAZQUEZ* and
_____*CELIA CARABALLO CRUZ*_____ / Debtors    Case No. *01-*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|
| 1. Account No. 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<br>ASOCIACION EMPLEADOS ELA<br>PO BOX 364508<br>SAN JUAN PR   00936-4508 | consumer loan | $ 3,000.00<br>*Joint Debt |
| 2. Account No.<br>COMERCIAL CABANAS | credit sales | $ 1,000.00<br>*Joint Debt |
| 3. Account No.<br>COMMOLOCO<br>APARTADO 89<br>CAGUAS PR   00726 | consumer loan<br>DEBTOR IS CO-DEBTOR | $ 2,000.00<br>*Joint Debt |
| 4. Account No.<br>MOVISTAR<br>PO BOX 71569<br>SAN JUAN PR   00936-8669 | services | $ 526.00<br>*Joint Debt |
| 5. Account No.<br>PUERTO RICO TELEPHONE CO<br>PO BOX 360998<br>SAN JUAN PR   00936-0998 | services | $ 285.00<br>*Joint Debt |
| 6. Account No.<br>STANLEY | credit sales | $ 80.19<br>*Joint Debt |
| 7. Account No.<br>THE ASSOCIATES<br>18 ACOSTA STREET<br>CAGUAS PR   00725 | consumer loan | $ 4,380.00<br>*Joint Debt |

No continuation sheets attached

Subtotal:    $ 11,271.19
Total:       $ 11,271.19

In re: *JUAN JOSE VAZQUEZ VAZQUEZ and*
        *CELIA CARABALLO CRUZ* _____ / Debtors     Case No. *01-*

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Address of Other Parties to Instrument | Notes of Contract or Lease and Debtor's Interest |
| --- | --- |

[X] No executory contracts or unexpired leases.

In re: *JUAN JOSE VAZQUEZ VAZQUEZ and*
        *CELIA CARABALLO CRUZ* _____ / Debtors      Case No. *01-*

## SCHEDULE H - CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |

[X] Debtor has no codebtors.

In re: *JUAN JOSE VAZQUEZ VAZQUEZ and*
      *CELIA CARABALLO CRUZ* _____ / Debtors    Case No. *01-*

## SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEBTOR'S MARITAL STATUS: *Single*

DEPENDENTS OF DEBTOR AND SPOUSE:

| NAME | AGE | RELATIONSHIP |
|---|---|---|
| JOSE VAZQUEZ CARABALLO | 18 | SON |
| XAVIER VAZQUEZ CARABALLO | 15Y | SON |

EMPLOYMENT:

| | DEBTOR | SPOUSE |
|---|---|---|
| Occupation: | MANTENANCE | COMEDORES ESCOLARES |
| Name of Employer: | DEPARTAMENTO DE EDUCACION | DEPARTAMENTO DE EDUCACION |
| How Long Employed: | | |
| Employer Address: | | |

| | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: | | |
| Current monthly gross wages, salary, and commissions | $ 1,028.00 | $ 1,088.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 1,028.00 | $ 1,088.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 121.44 | $ 96.20 |
| b. Insurance | $ 0.00 | $ 7.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other: PA 01 CHILD; PA 02 CHILD | $ 300.00 | $ 0.00 |
| RETIREMENT FUND | $ 71.32 | $ 76.28 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 492.76 | $ 179.48 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 535.24 | $ 908.52 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 535.24 | $ 908.52 |
| TOTAL COMBINED MONTHLY INCOME | $ 1,443.76 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
    NONE

In re: *JUAN JOSE VAZQUEZ VAZQUEZ and*
        *CELIA CARABALLO CRUZ*                                    / Debtors      Case No. *01-*

## SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate
    household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $    406.00 |
| Are real estate taxes included?   Yes_x_   No___ | |
| Is property insurance included?   Yes_x_   No___ | |
| Utilities: Electricity and heating fuel | $     45.00 |
|       Water and sewer | $     20.00 |
|       Telephone | $      0.00 |
|       Other | $      0.00 |
| Home maintenance (repairs and upkeep) | $     20.00 |
| Food | $    387.76 |
| Clothing | $     75.00 |
| Laundry and Dry cleaning | $     10.00 |
| Medical and Dental expenses | $     25.00 |
| Transportation (not including car payments) | $     65.00 |
| Recreation, clubs, and entertainment, newspaper, magazines, etc. | $     40.00 |
| Charitable contributions | $      0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|       Homeowner's or renter's | $      0.00 |
|       Life | $      0.00 |
|       Health | $      0.00 |
|       Auto | $      0.00 |
|       Other | $      0.00 |
| Taxes (not deducted from wages or included in home mortgages) | $      0.00 |
| Installment payments:(Do not list payments to be included in the plan) | |
|       Auto | $      0.00 |
|       Other | $      0.00 |
| Alimony, maintenance, and support paid to others | $      0.00 |
| Payments for support of additional dependents not living at your home | $      0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $      0.00 |
| Other AUTO MAINTENANCE | $     30.00 |
|   BARBER AND BEAUTY SALON $35; DETERGENTS $40 | $     75.00 |
|   LUNCH AT WORK $60; SCHOOL EXPENSES $$85 | $    145.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $  1,343.76 |

FOR CHAPTER 12 AND 13 DEBTORS ONLY

| | |
|---|---:|
| A. Total projected monthly income | $  1,443.76 |
| B. Total projected monthly expenses | $  1,343.76 |
| C. Excess income (A minus B) | $    100.00 |
| D. Total amount to be paid into plan Monthly | $    100.00 |

In re: JUAN VAZQUEZ VAZQUEZ
CELIA CARABALLO CRUZ                                    / Debtor        Case No.

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of 13 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _Sept 15, 2001_        Signature _Juan J. Vazquez Vazquez_
                                        _Celia Caraballo Cruz_

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. SS 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# FOR THE PUERTO RICO DISTRICT OF PUERTO RICO
# PUERTO RICO DIVISION

In re  *JUAN JOSE VAZQUEZ VAZQUEZ*                          Case No. *01-*
        and                                                 Chapter *13*
        *CELIA CARABALLO CRUZ*
_____/ Debtors
Attorney for Debtor: Roberto Figueroa-Carrasquillo

## STATEMENT OF FINANCIAL AFFAIRS

<u>1. Income from Employment or Operation of Business.</u>

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this case calendar year.

Income, year to date: *$ 4,092.00*
        Last year: *$12,276.00*
        Year before: *$12,276.00*
        Source(s): *INCOME FROM EMPLOYMENT*

_____

<u>2. Income other than from Employment or Operation of Business.</u>

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.

[X] None

_____

<u>3. Payments to Creditors.</u>

a. List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

[X] None

_____

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

[X] None

---

4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

[X] None

---

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

[X] None

---

5. Repossessions, Foreclosures and Returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

[X] None

---

6. Assignments and Receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

[X] None

---

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.

[X] None

---

7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

[X] None

---

8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.

[X] None

---

9. Payments Related to Debt Counseling or Bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

> Payee: *Roberto Figueroa-Carrasquillo*
> Address: *PO BOX 193677*
> Addr2: *SAN JUAN PR  00919-3677*
> Date of payment: *09/15/01*
> Payor: *JUAN JOSE VAZQUEZ VAZQUEZ*
> Payment/Value: *$ 55.00*

---

10. Other Transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within one year immediately preceding the commencement of this case.

[X] None

_____

11. Closed Financial Accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

[X] None

_____

12. Safe Deposit Boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

[X] None

_____

13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.

[X] None

_____

## 14. Property held for Another Person.

List all property owned by another person that the debtor holds or controls.

[X] None

_____

## 15. Prior Address of Debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

[X] None

_____

## 16. Nature, Location and Name of Business.

a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within two years immediately preceding the commencement of this case.

[X] None

_____

## 17. Books, records and financial statements.

a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised keeping of books of account and records of the debtor.

[X] None

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

[X] None

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

[X] None

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within two years immediately preceding the commencement of this case by the debtor.

[X] None

## 18. Inventories.

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

[X] None

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

[X] None

## 19. Current Partners, Officers, Directors and Shareholders.

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

[X] None

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

[X] None

## 20. Former partners, officers, directors and shareholders.

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

[X] None

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

[X] None

## 21. Withdrawals from a Partnership or Distributions by a Corporation.

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

[X] None

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date _09/15/01_     Signature _~Juan J. Vazquez Vazquez~_
                                    JUAN JOSE VAZQUEZ VAZQUEZ, Debtor

Date _09/15/01_     Signature _~Celia Caraballo Cruz~_
                                    CELIA CARABALLO CRUZ, Joint Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. SS 152 and 3571.

JUAN JOSE VAZQUEZ VAZQUEZ          THE ASSOCIATES
CELIA CARABALLO CRUZ               18 ACOSTA STREET
HC 3 BOX 38005                     CAGUAS PR   00725
CAGUAS PR   00725-9720

01- 10477

Roberto Figueroa-Carrasquillo
PO BOX 193677
SAN JUAN PR   00919-3677


ASOCIACION EMPLEADOS ELA
PO BOX 364508
SAN JUAN PR   00936-4508


COMERCIAL CABANAS
CALLE GEORGETTI ESQ DR RUFO
CAGUAS PR   00725


COMMOLOCO
APARTADO 89
CAGUAS PR   00726


DORAL MORTGAGE CORP
PO BOX 13988
SAN JUAN PR   00908-3988


MOVISTAR
PO BOX 71569
SAN JUAN PR   00936-8669


PUERTO RICO TELEPHONE CO
PO BOX 360998
SAN JUAN PR   00936-0998


STANLEY

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE                  *
JUAN JOSE VAZQUEZ VAZQUEZ    *    CASE NO. 01 10477
CELIA CARABALLO CRUZ         *    CHAPTER 13
DEBTORS                 *
*****************************************************

### NOTICE TO DEBTOR FILING A PETITION IN BANKRUPTCY

Upon the filing of the instant petition, the items checked were not submitted:

( ) Signature (Upon filing)

( ) Master Address List (Upon filing)

( ) Master address list in Diskette (Upon filing)

( ) List of Creditors (Upon filing)

( ) Employer ID Number and/or Social Security Number (Upon filing)

( ) Statement disclosing compensation paid or to be paid to the attorney for the debtor Must be submitted upon filing or within 15 days or any other date set by the Court. 11 U.S.C. §329 and Rule 2016 (b) Fed. R Bankr.P.

( ) Chapter 13 Plan (Must be submitted with the petition or within 15 days)

( ) Schedules (Must be submitted with the petition or within 15 days)

( ) Statement of Affairs (Official Form 7)
(Must be submitted with the petition or within 15 days. Rule 1007(b) & (c)

You are hereby notified that upon failure to file the above indicated documents within the prescribed period of time specified herein, the Court may enter an order of dismissal without further notice or hearing.

San Juan, Puerto Rico, this _____ SEP 1 8 2001 _____.

BY ORDER OF THE COURT

CELESTINO MATTA-MENDEZ
Clerk of the Court

BY:_____
       DEPUTY CLERK